United States District Court
Southern District of Texas
**ENTERED**
February 03, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| VICKI SALMERON N/K/A VICKI CAUM, § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:20-CV-150 |
| § | |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, § § § | |
| Defendant. § | |

## **ORDER**

The court has considered the unopposed motion of the defendant, Deutsche Bank Trust Company Americas, requesting an extension of the discovery deadline and found it has merit and should be granted. Therefore, it is hereby ordered that the docket control order in this case (Dkt. 18) is modified to update the discovery deadline from February 5, 2021 to March 19, 2021. All other deadlines in said docket control order remain in effect.

Signed on Galveston Island on this the 3rd day of February, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE